United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CHRISTOPHER PARLATO and ARABELLA          No. C-05-5153 MMC
    STOFFEL,
12                   Plaintiffs,             **ORDER CONTINUING CASE
                                             MANAGEMENT CONFERENCE;**
13    v.                                     **DIRECTING PLAINTIFFS TO FILE
                                             STATEMENT RE: MDL**
14  ELI LILLY AND COMPANY,

15                   Defendant.

16  _____/

17

18          Before the Court is plaintiffs' Case Management Conference Statement, filed

19  March 10, 2006, by which plaintiffs seek to continue the March 17, 2006 case management

20  conference in the instant action by approximately 120 days.  Plaintiffs state that a

21  continuance is necessary because they anticipate the instant action will be transferred to

22  the Eastern District of New York for inclusion in MDL No. 1596, In re Zyprexa Products

23  Liability Litigation, and because they have not yet served the defendant.

24          There is no indication in the docket or in plaintiffs' statement that plaintiffs have

25  taken any steps to notify the Judicial Panel on Multidistrict Litigation of the existence of the

26  instant action.[1]  Consequently, plaintiffs have not shown good cause for the requested

27  _____

28          [1] In their proposed order, plaintiffs begin one sentence with the following phrase: "In
    the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern
    District of New York[.]"  Plaintiffs make no reference to Judge Wilken in their Case

1    120-day continuance.  Nevertheless, because the instant action was filed December 13,

2    2005, and the deadline to serve defendant is April 12, 2006, see Fed. R. Civ. P. 4(m), the

3    Court will continue the case management conference to May 12, 2006 at 10:30 a.m.

4          Accordingly,

5          1.  The March 17, 2006 case management conference is hereby continued to

6    May 12, 2006 at 10:30 a.m.  A joint case management statement shall be filed no later than

7    May 5, 2006.  The deadline to serve the defendant, pursuant to Rule 4(m) of the Federal

8    Rules of Civil Procedure, remains in effect.

9          2.  No later than March 24, 2006, plaintiffs shall file a statement with the Court

10   identifying the steps plaintiffs have taken to date to transfer the instant action to the Eastern

11   District of New York for inclusion in MDL No. 1596, In re Zyprexa Liability Litigation, and/or

12   to have the instant action related to any other action.

13         **IT IS SO ORDERED.**

14
                                              _Maxine M. Chesney_____
15   Dated: March 14, 2006                    MAXINE M. CHESNEY
                                              United States District Judge
16

17

18

19

20

21

22

23

24

25

26   _____

27   Management Conference Statement, let alone provide any indication that any
     administrative motion has been filed with respect to whether the instant action should be
28   related to a case pending before Judge Wilken.  See Civil L.R. 3-12(b).