James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PARLATO AND ARABELLA STOFFEL,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | No. C 05 5153 MMC<br><br>Before the Honorable Maxine M. Chesney<br><br>[PROPOSED] ORDER ~~VACATING AND/OR~~ CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:  May 12, 2006<br>Conference Time:  10:30 a.m.<br>Location:              Courtroom 7, 19th Fl. |

For the reasons set forth in the Joint Case Management Conference Statement, the Court hereby continues the May 12, 2006 Case Management Conference ("CMC") to _September 8, 2006_, at 10:30 a.m., by which time this case will likely have been transferred to the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation. In the event this case is not transferred to the MDL far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the new CMC date.

/ / / /

---

No.: C 05 5153 MMC                                – 1 –                                DOCSOAK-9826218.1
[Proposed] Order Continuing Case Management Conference

1  ////

2  ////

3

4  IT IS SO ORDERED

5

6  DATED: May 2, 2006 .

7                                    _____
                                      The Honorable Maxine M. Chesney

REED SMITH LLP
A limited liability partnership formed in the State of Delaware